IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **METAMORPHOSIS CONSULTING, LLC** )<br>d/b/a Freedom Practice Coaching, )<br>)<br>    **Plaintiff,** )<br>)<br>**V.** )<br>)<br>**DAVID HEFLAND,** )<br>)<br>    **Defendant.** ) | **CIVIL ACTION NO. SA-19-CA-172-FB** |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Agreed Order of Dismissal With Prejudice signed this date,

It is ORDERED, ADJUDGED, AND DECREED that all claims Plaintiffs asserted, or could have asserted, against Defendant in this lawsuit are hereby DISMISSED WITH PREJUDICE; and it is further ORDERED, ADJUDGED, AND DECREED that all costs, expenses, and attorney fees are taxed against the party incurring same.

It is further ORDERED, ADJUDGED, AND DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of November, 2019.

                                                                                                    FRED BIERY
                                                                      UNITED STATES DISTRICT JUDGE